UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE TELIZ VEGA (A-Number: 222-597-268), Petitioner, v. CHRISTOPHER CHESTNUT, et al., Respondents. | No. 1:26-cv-05632-KES-CDB (HC) ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS Doc. 1 |

Petitioner Enrique Teliz Vega is an immigration detainee proceeding pro se with a petition for writ of habeas corpus. Doc. 1. The Court construed the petition as challenging the statutory authority for petitioner's detention and ordered respondents to show cause why the petition should not be granted. Doc. 6. Respondents state that "[d]etention in this case was pursuant to 8 U.S.C. § 1225(b)(2)(A), and Respondents respectfully maintain the position that the provision governs here." *See* Doc. 7 at 1. Nonetheless, respondents acknowledge that the Ninth Circuit rejected that argument in *Rodriguez Vazquez v. Bostock*, --- F.4th ---, No. 25-6842, 2026 WL 2196424 (9th Cir. July 30, 2026), and that "§ 1226(a) governs Petitioner's detention." *Id.* Respondents indicate that petitioner "is therefore entitled to seek a custody redetermination hearing before an immigration judge." *Id.*

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondents are

ORDERED to provide petitioner Enrique Teliz Vega (A-Number: 222-597-268) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within fourteen (14) days of the date of this Order. Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within fourteen days, then respondents must release him.

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: August 16, 2026



UNITED STATES DISTRICT JUDGE